July 29, 2009

From: Abdul Rahim Howard
#72346-053
U.S.P. Canaan
P.O. Box 300
Waymart, PA 18472

FILED
IN CLERK'S OFFICE
DISTRICT COURT E.D.N.Y.
AUG 03 2009 ★
BROOKLYN OFFICE

To:   Honorable Lois Bloom
United States Magistrate Judge
United States District Court
Eartern District of New York
225 Cadman Plaza east
Broklyn, New York 11201

Re: Abdul Rahim Howard v. F. Bhatti, et al, CV-08-2645 (J.G. M.J.B.)

Daer Judge Bloom;

   I am writing this letter in requesting that Your honor order the defendants to answer the interrogatories that they refuse to answer in which these interrogatories is in fact relevant to this action.

Fazal Bhatti

1. The question I asked was whether or not any complaints has ever been filed against said defendant, defendant refuses to answer this question which is Relevant to this action.

2. The question that was asked was if a complaint was ever filed when was it filed and what was the nature of complaint is very much Relevant to the subject matter of this action.

Kenneth Kaiser

1. The defendants refuses to answer the question I asked which was, has any complaints ever been filed against him concerning his proffession as to medical (which is very Relevant to this action).

2. When asked if a complaint was ever filed, where was it filed when was it filed and what was the nature of
the complaint defendant refused to answer this question also which is also Relevant to this action.

Michael Borecky

1. When asked has any complaints ever been filed against him such as a 1983, tortclaim, or administrative remedies about his medical performance he refuses to answer this in which is Relevant to this action.

Sixto Rios

1. When asked has any complaints ever been filed against him concerning his job as a medical personnel employee, 1983, tortclaims, and etc. defendant refused to answer this question.

Raul Campos

1. When asked has a complaint ever been filed against him if so for what? The defendant refuses to answer this question which is Relevant to this action.

2. When asked has his license ever been suspended or revoked defendant refuses to answer this question which is highly Relevant to this action.

Peter Goldstein

1. When asked has any complaints ever been filed against him concerning his proffession as to medical care defendant refuses to answer this question which is relevant to this action.


CC: M. Kolbe, AUSA
   U.S. Attorneys Office
   Eastern District of New York
   271 Cadman Plaza East
   Brooklyn, NY 11201

Signed _Abdul Rahim Howard_



Abdul Rahim Howard #72346-US 3
U.S.P. Canaan
P.O. Box 300
Waymart, P.A. 18472

Legal
Mail

Pro Se Office
U.S. District Court
Eastern District of New York
225 Cadman Plaza EAST
Brooklyn, N.Y. 11201